

**KMC** | KING, MOENCH
& COLLINS LLP

ATTORNEYS AT LAW

PETER J. KING ◊
MATTHEW C. MOENCH *
MICHAEL L. COLLINS *

ROMAN B. HIRNIAK ^
KRISHNA R. JHAVERI *+
TIFFANY TAGARELLI
RYAN WINDELS

◊ Certified by the Supreme Court of New Jersey
  as a Municipal Court Attorney
* Also Member of the New York Bar
+ Also Member of the Arizona Bar
^ Of Counsel

Writer's Address:

51 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
(973) 998-6860

E-Mail:
mmoench@kingmoench.com

Monmouth County Office:

365 Broad Street, Suite 4R
Red Bank, NJ 07701
(732) 546-3670

Website:
www.kingmoench.com

A limited liability partnership of Peter J. King, LLC, Moench Law,
LLC & Collins Law, LLC



January 18, 2023

**<u>VIA ECF</u>**
Patricia S. Dodszuweit, Clerk
U.S. Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

       **RE:**    ***Lutter v. JNESO, et al.,*** **Case NO. 21-2205**

Dear Ms. Dodszuweit:

     We write on behalf of Plaintiff pursuant to F.R.A.P. 28(j), to alert the Court to the decision in <u>Baro v. Lake County Federation of Teachers Local 504</u>, 22-1722, 2023 U.S. App. LEXIS 360 (7th Cir. Jan. 6, 2003), where the Seventh Circuit reached the merits of a union member's First Amendment constitutional claims regarding the deduction of dues post-<u>Janus</u> despite the union tendering the withheld dues to the plaintiff prior to final disposition of the matter.

     While the Seventh Circuit did not discuss the issue of mootness directly, the Court specifically notes that after the defendant filed suit the union president "enclosed a check for $829.30, which he said included 'a full refund of all [Ramon Baro's] dues plus an additional five hundred dollars for [her] efforts in pursing this matter.'" <u>Id.</u> at * 4. The Court noted that the plaintiff "returned the check and moved forward with this lawsuit." <u>Id.</u>

     <u>Baro</u> implicitly stands for the proposition that a union's attempt to return withheld union dues will not moot a plaintiff's substantive constitutional arguments from

reaching the court on the merits when the plaintiff does not accept the tendered check.

Similarly, this Court should find that Lutter's claims are not moot.

Respectfully submitted,

**MACKINAC CENTER LEGAL**
**LEGAL FOUNDATION**

/s/ Patrick J. Wright
Patrick J. Wright

**KING MOENCH**
**& COLLINS, LLP**

/s/Matthew C. Moench
Matthew C. Moench